UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| CVR ENERGY INC, § § Plaintiff, § VS. § § AMERICAN ZURICH INSURANCE § COMPANY § and § ZURICH AMERICAN INSURANCE § COMPANY § and § AMERICAN GUARANTEE & § LIABILITY INSURANCE COMPANY, § § Defendants. § | CIVIL ACTION NO. 4:17-CV-01284 |

## **ORDER**

The Court has considered Defendant Zurich American Insurance Company's Motion to Reconsider, Motion to Vacate, and Motion to Dismiss. The Court finds Defendant's motion has merit and should be granted.

It is, therefore, ORDERED that the following are hereby vacated:

- Report and Recommendation [Dkt. No. 27]

- Order [Dkt. No. 58]

- Report and Recommendation [Dkt. No. 63]

- Order [Dkt. No. 68]

It is FURTHER ORDERED that this suit is hereby dismissed with prejudice,

and the parties shall pay their own attorneys' fees and court costs.

It is so ORDERED.

SIGNED on this 25th day of October, 2019.

_____
Kenneth M. Hoyt
United States District Judge